IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

APR 22 2013

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff(s),<br><br>vs.<br><br>Christopher C. Harris<br><br>    Defendant(s), | PRETRIAL ORDER PURSUANT<br>TO RULE 17.1 F.R.Cr.P.<br><br><br><br>Case No. 2:13-cr-00156-TS |

The above-entitled action came on for pretrial conference **April 22, 2013**, before Robert T. Braithwaite, United States Magistrate Judge. Defense counsel and the Assistant United States Attorney were present. Based thereon the following is entered:

1. A jury trial in this matter is set for **July 2, 2013**, (2 days) at **8:30 a.m.**. It appears the trial date is appropriate if the matter is to be tried. Proposed instructions are to be delivered to Judge Ted Stewart by **June 26, 2013** along with any proposed voir dire questions.

2. The government has an open file policy re: discovery.

    Yes   X            No   ____

3. Pretrial motions are to be filed by: **June 11, 2013** at 5:00

p.m.

4. It is unknown if this case will be resolved by a negotiated plea of some kind. If so, plea negotiations should be completed by **June 17, 2013**. If negotiations are not completed for a plea by the date set, the case will be tried.

5. Issues as to witnesses do not exist in this matter, but defense counsel will make arrangements for subpoenas, if necessary, as early as possible to allow timely service.

6. Defendant's release or detention status: **Released on Conditions**.

7. All exhibits will be premarked before Judge Ted Stewart's clerk before trial.

8. Other order and directions are:

9. Interpreter Needed: Yes ___  No  X  Language _____

DATED this 22nd day of April, 2013.

**BY THE COURT:**

_____
Robert T. Braithwaite
Magistrate Judge