DAVID B. BARLOW, United States Attorney (#13117)
PAUL KOHLER, Assistant United States Attorney (#8224)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone:  #(435) 634-4263
paul.kohler@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER C. HARRIS,<br><br>Defendant. | 2:13-cr-00156-TS<br><br>UNITED STATES' POSITION ON SENTENCING |

Pursuant to the District of Utah's Criminal Rule 32-1(b), the United States declares that it has no objections to the Presentence Report.

DATED:  29 April 2014

DAVID B. BARLOW
United States Attorney


*/s/ paul kohler*

PAUL D. KOHLER
Assistant United States Attorney

1